THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Z Plane, Inc. and North of Sixty Services, Inc.,<br><br>      Plaintiffs,      v<br><br>vs.<br><br>Greening Aviation Claims, Inc., Marsh Canada Limited, Paul Greening, and Gerling Canada Insurance Company,<br><br>      Defendants. | Civil No. 04-1666 (RHK/AJB)<br><br>**ORDER OF DISMISSAL** |

---

Based upon the Stipulation for Dismissal with Prejudice between Plaintiffs and Defendant Marsh Canada Limited, **IT IS HEREBY ORDERED** that this action as to Defendant Marsh Canada Limited shall be and hereby is **DISMISSED WITH PREJUDICE** in its entirety as to all claims and causes of action asserted herein by Plaintiffs against Defendant Marsh Canada Limited, without costs and disbursements to any party. The Clerk of this Court is hereby directed to enter forthwith judgment accordingly.

Dated: May 17, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge